**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MILLENNIUM AIRSHIP, INC. | Case No. 1:23-CV-16218 |
| Plaintiff, | |
| v. | JUDGE Hon. Edmond E. Chang |
| TARPEY WIX, LLC | |
| Defendant. | |

**JOINT JURISDICTIONAL STATEMENT OF THE PARTIES**

NOW COME the parties, jointly through their undersigned counsel, and for their Joint Jurisdictional Statement required by this Honorable Court's December 5, 2023, Order, state as follows:

1) Plaintiff, Millennium Airship, Inc. is a citizen of the State of Washington by virtue of its incorporation in the State of Washington and principal place of business in the State of Washington.

2) Defendant, Tarpey Wix, LLC, is an Illinois Limited Liability Corporation, incorporated in Illinois and with its principal place of business in Illinois. Tarpey Wix, LLC has two (2) members:

   a. Daniel W. Tarpey, Member, citizen of Illinois, resident of Cook County, Illinois.

1

    b. David G. Wix, Member, citizen of Illinois, resident of Cook County, Illinois

3) Defendant, Tarpey Wix, LLC, and both of its members are all Illinois citizens.

    Under penalties as provided by law, the undersigned certify that the statements set forth in this instrument are true and correct.

    Respectfully submitted,

    */s/ Jefferey Ogden Katz*

    */s/ Kimberly E. Blair*

<u>Attorney for Plaintiff</u>
Jefferey Ogden Katz
THE KATZ LAW FIRM, P.C.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312.300.3727
jkatz@thekatzlaw.com

<u>Attorney for Defendant</u>
Kimberly E. Blair
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Kimberly.blair@wilsonelser.com

Dated: December 18, 2023