# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MILLENNIUM AIRSHIP, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARPEY WIX, LLC, )<br>)<br>Defendant. )<br>) | Case No.: 2023-CV-16218 |

## PARTIES' JOINT MOTION TO STAY CASE PENDING UNDERLYING APPEAL AND PURSUANT TO PARTIES' STANDSTILL AGREEMENT

NOW COME, Plaintiff, Millennium Airship, Inc. ("Plaintiff") and Defendant, Tarpey Wix, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, and for their Joint Motion to Stay this Case Pending the Underlying Appeal and Pursuant to the Parties' Standstill Agreement, hereby state as follows:

## BACKGROUND

1. On October 12, 2023, Plaintiff filed this legal malpractice action in the Circuit Court of Cook County, Illinois, and the case was removed to this Honorable Court on November 24, 2023.

2. Plaintiff's allegations of legal malpractice arise from Defendant's representation of Plaintiff in an underlying case (hereinafter "Underlying Case") in the Superior Court of the State of California, County of Los Angeles, West District, Case No.: SC128899.

3. The trial court dismissed the Underlying Case after finding Plaintiff's claims in the Underlying Case were barred by statutes of limitation.

1

4. Plaintiff's legal malpractice allegations are premised on the theory that Defendant's malpractice resulted in the Underlying Case being barred by statutes of limitation.

5. However, the Underlying Case and the trial court's findings relative to the statutes of limitations are currently being appealed in the Court of Appeal of the State of California, Second Appellate District, Court of Appeal Case No.: B322705 (the "Underlying Appeal").

6. The Underlying Appeal asserts that the trial Court's findings relative to the statutes of limitations in the Underlying Case were erroneous and, therefore, the Underlying Case should be remanded back to the trial Court for an adjudication on the merits.

7. Defendant continues to represent the Plaintiff in the Underlying Appeal.

8. The Underlying Appeal is still pending and is not yet fully briefed.

## REQUEST FOR STAY

9. If the Underlying Appeal is successful, then Plaintiff will be unable to plead damages in this legal malpractice case because the opportunity to fully prosecute the merits of the Underlying Case will not have been lost, which is the basis for Plaintiff's purported damages in this case.

10. In other words, unless and until the Underlying Appeal is denied, Plaintiff's damages in this legal malpractice case will not exist and will not be ripe. *See, Northern Illinois Emer. Physicians v. Landau, Omahana & Kopka, Ltd.*, 216 Ill. 2d 294, 307 (2005) (holding that the existence of actual damages is essential to a viable cause of action for legal malpractice, and actual damages are absent if their existence is uncertain).

11. The Illinois Supreme Court has recognized that parties may request a stay in a legal malpractice action pending resolution of the underlying litigation. *Evanston Ins. Co. v.*

*Riseborough*, 2014 IL 114271, ¶32; *see also, Preferred Pers. Servs. v. Melzer, Purtill & Stelle, LLC*, 387 Ill. App. 3d 933, 942 (1st Dist. 2009) ("Illinois courts essentially do not allow malpractice cases to proceed simultaneously with the underlying litigation. Instead, guiding precedent dictates the malpractice case is either dismissed or stayed pending an adverse adjudication in the underlying case thereby giving rise to such malpractice action"); *see also, Hinrichs v. Whitburn*, 975 F.2d 1329, 133 (7th Cir. 1992) (holding that cases are not ripe until an underlying decision has been "formalized and its effects felt in a concrete way by the challenging parties.").

12. Accordingly, the Parties respectfully request this Court stay this legal malpractice action pending the adjudication of the Underlying Appeal and/or Underlying Case (if the Underlying Appeal is successful).

13. Moreover, the Parties have entered into a Standstill Agreement whereby the Parties have agreed, *inter alia*, to maintain the *status quo* (*i.e.*, to take no further action in this legal malpractice action) pending the adjudication of the Underlying Appeal and/or Underlying Case (if the Underlying Appeal is successful), and to toll any potential time-related defenses to this legal malpractice case that may arise during the Tolling Period, as defined in the Standstill Agreement.

14. Pursuant to the Standstill Agreement and consistent with the agreements contained herein, the Parties are in agreement to seek a stay of this litigation.

15. The Parties, through counsel, have agreed to seek a stay of this litigation pending the final adjudication of the Underlying Case, and affirm that this Motion is not brought for purposes of delay, but rather to promote judicial economy and to prevent "premature adjudication." *Hinrichs*, 975 F.2d at 1333.

WHEREFORE, Plaintiff, Millennium Airship, Inc. and Defendant, Tarpey Wix, LLC respectfully request that this Honorable Court grant this Motion and enter an ORDER: (1) staying this litigation pending the final adjudication of the Underlying Case; and (2) for any other relief this Court deems equitable and just.

Dated this 28th day of December, 2023.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **Millennium Airship, Inc** | **Tarpey Wix, LLC** |
| */s/ Jefferey O. Katz* | */s/ Kimberly E. Blair* |
| _____ | _____ |
| Jefferey Ogden Katz, Esq. | Kimberly E. Blair |
| The Katz Law Firm, P.C. | Wilson Elser LLP |
| 161 N. Clark, Suite 1600 | 55 W Monroe; Suite 3800 |
| Chicago, IL 60601 | Chicago, IL 60603 |
| C: (312) 545-5107 O: (312) 899-6625 | Kimberly.blair@wilsonelser.com |
| jkatz@thekatzlaw.com | (312) 821-6139 |
| *Attorney for Plaintiff* | *One of the attorneys for Defendant* |

291243271v.1

## CERTIFICATE OF SERVICE

I hereby certify that on 28th day of December, 2023, service of a true and complete copy of the above and foregoing was made upon the following via email and ECF:

Jefferey Ogden Katz, Esq.
The Katz Law Firm, P.C.
161 N. Clark, Suite 1600
Chicago, IL 60601
C: (312) 545-5107 O: (312) 899-6625
jkatz@thekatzlaw.com

*/s/ Kimberly E. Blair*

291243271v.1