**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Millenium Airship, Inc

                    Plaintiff,

v.                                                      Case No.: 1:23−cv−16218
                                                       Honorable Edmond E. Chang

Tarpey Wix, LLC

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 12, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: The parties' joint motion to stay case pending the underlying appeal in the California state case [10] is granted. The tracking status hearing of 01/26/2024 is reset to 03/15/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 03/07/2024 reporting on the status of the appeal, including details on the briefing schedule. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.