# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MILLENIUM AIRSHIP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-16218 |
| v. ) | Hon. Edmond E. Chang |
| ) | |
| TARPEY WIX, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

NOW COME the parties, jointly through their undersigned counsel, and for their Joint Status Report required by this Honorable Court's August 26, 2024, Minute Entry (Dkt. #21), state as follows:

Plaintiff's allegations of legal malpractice arise from Defendant's representation of Plaintiff in an underlying case (hereinafter "Underlying Case") in the Superior Court of the State of California, County of Los Angeles, West District, Case No.: SC128899.

This case has been stayed pending the appeal of the Underlying Case.

In Document #18, the Parties reported that the California Appellate Court affirmed the decision of the Superior Court, which dismissed the Underlying Case.

On September 3, 2024, Plaintiff, in the Underlying Case, petitioned to the California Supreme Court for review of the Underlying Case.

On October 3, 2024, briefing on the Petition for Review was completed and the parties are now waiting on a decision from the California Supreme Court.

Thus, per this Court's August 26, 2024, minute entry (Dkt. #21) requesting a joint status report, the Parties jointly submit that this case should remained stayed pending the adjudication of

302957768v.1

the petition for review to the California Supreme Court and, if the Petition is granted, through the

adjudication of the Underlying Case at the California Supreme Court level.

        Under penalties as provided by law, the undersigned certify that the statements set forth in this instrument are true and correct.

        Respectfully submitted,

        */s/ Jefferey Ogden Katz*

        */s/ Kimberly E. Blair*

Dated: October 4, 2024

Attorney for Plaintiff
Jefferey Ogden Katz
THE KATZ LAW FIRM, P.C.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312.300.3727
jkatz@thekatzlaw.com


Attorney for Defendant
Kimberly E. Blair
Robert F. Merlo
Courtney L. Wood
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 821-6170
Kimberly.blair@wilsonelser.com