# EXHIBIT 2

# JUNE 7, 2022 UNDERLYING JUDGMENT

```
 1  CROWELL & MORING LLP
    Valerie M. Goo (SBN 187334)
 2  VGoo@crowell.com
    Andrew Holmer (SBN 268864)
 3  AHolmer@crowell.com
    Uri Niv (SBN 307487)
 4  UNiv@crowell.com
    Mariam Sarwar (SBN 329895)
 5  MSarwar@crowell.com
    515 South Flower Street, 40th Floor
 6  Los Angeles, CA  90071
    Telephone: 213.622.4750
 7  Facsimile: 213.622.2690

 8  Attorneys for Defendants
    LOCKHEED MARTIN CORPORATION, HYBRID ENTERPRISES, LLC, and ROBERT
 9  BINNS
```

**FILED**
Superior Court of California
County of Los Angeles
**06/07/2022**
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ K. Metoyer _____ Deputy

**Electronically Received 06/03/2022 05:08 PM**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| SKY LIFT AERONAUTICS, LLC, and MILLENNIUM AIRSHIP INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, HYBRID ENTERPRISES, LLC, a Delaware limited liability company, KORN/FERRY INTERNATIONAL, INC., a Delaware corporation, and ROBERT BINNS, an individual,<br><br>Defendants. | Case No. SC 128899<br><br>**Assigned to the Honorable Mark A. Young, Department M**<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS LOCKHEED MARTIN CORPORATION, HYBRID ENTERPRISES, LLC, AND ROBERT BINNS** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] JUDGMENT

CASE NO. SC128899

**IT IS HEREBY ORDERED. ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of Defendants Lockheed Martin Corporation ("LMC"), a Maryland Corporation, Hybrid Enterprises, LLC ("Hybrid"), a Delaware limited Liability Company, and Robert Binns ("Binns"), an individual, and against Sky Lift Aeronautics, LLC ("Sky Lift"), and Millennium Airship, Inc. ("Millennium"), jointly and severally, as to Plaintiffs' entire Fourth Amended Complaint and all claims asserted against LMC, Hybrid, and Binns therein, including:

1. Plaintiffs' First Cause of Action for violation of California Uniform Trade Secrets Act – Cal. Civ. Code § 3426 (by Plaintiffs' Sky Lift and Millennium against Defendants LMC, Hybrid, and Binns);
2. Plaintiffs' Second Cause of Action for breach of Proprietary Information Agreement (by Sky Lift against LMC);
3. Plaintiffs' Third Cause of Action for breach of fiduciary duty (by Sky Lift against Binns);
4. Plaintiffs' Fourth Cause of Action for breach of the implied covenant of good faith and fair dealing (by Sky Lift against LMC);
5. Plaintiffs' Fifth Cause of Action for promissory estoppel (by Sky Lift and Millennium against LMC);
6. Plaintiffs' Seventh Cause of Action for breach of Proprietary Information Agreement by Millennium (by Millennium against LMC).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant LMC is the prevailing party, and is entitled to recover its costs pursuant to Code of Civil Procedure §§ 1032 and 1033.5 in an amount to be determined.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Hybrid is the prevailing party and is entitled to recover its costs pursuant to Code of Civil Procedure §§ 1032 and 1033.5 in an amount to be determined.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Binns is the prevailing party and is entitled to recover its costs pursuant to Code of Civil Procedure §§ 1032 and 1033.5 in an amount to be determined.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Judgment shall be amended to include the amount of costs (including any attorneys' fees authorized by contract or statute pursuant to Code of Civil Procedure § 1033.5(10)) awarded to Defendants LMC, Hybrid, and Binns, and the Court retains jurisdiction to determine these awards and amend the Judgment accordingly.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, dismissal having already been entered with prejudice as to Plaintiffs' claims against Defendant Korn Ferry International, Inc. ("Korn Ferry") and Korn Ferry's cross-complaint against Sky Lift and cross-defendants Merged Energy Solutions, LLC and R. Michael Smith, this Judgment constitutes a final Judgment in full of this entire action, and all claims and cross-claims asserted therein.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court retains jurisdiction to interpret and enforce this judgment and to adjudicate any disputes regarding implementation or interpretation of this judgment.

Dated: 06/07/2022

_____
Hon. Mark A. Young
Judge of the Los Angeles Superior Court

# PROOF OF SERVICE

I, D. Garlow, state:

My business address is 515 South Flower St., 40th Floor, Los Angeles, CA 90071 and my email address is dgarlow@crowell.com. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as: on the following person(s) in this action:

### [PROPOSED] JUDGMENT

| | |
|---|---|
| **Counsel For Plaintiffs** | dtarpey@tarpeywix.com; dwix@tarpeywix.com; mshowel@tarpeywix.com; jbendel@bendellaw.com |
| **Counsel For Defendant Korn Ferry** | jly@lianglyllp.com; jliang@lianglyllp.com; will.wang@lianglyllp.com |

☑ <u>BY ELECTRONIC MAIL</u>: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 3, 2022**, at Los Angeles, California.

_____
D. Garlow